**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**MARK M. KAUSHANSKY**,

        **Petitioner**,

v.                                            Civil Action no. 2:07cv97
                                                          (Judge Maxwell)

**WAYNE A. PHILLIPS, Warden**

        **Respondent.**

## ORDER GRANTING MOTION TO SEAL

The respondent having moved the Court, pursuant to the E-Government Act of 2002, to file documents under seal herein, more specifically, Attachment B to Exhibit 1 of respondent's Memorandum in Support of his Motion to Dismiss as Moot, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the respondent's Motion, it is accordingly

**ORDERED** that the Motion (Doc. 8) be **GRANTED** and that Attachment B to Exhibits 1of respondent's Memorandum in Support of his Motion to Dismiss as Moot, currently lodged with the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the records herein.

The Clerk is directed to provide a copy of this Order to the *pro se* petitioner and counsel of record.

DATED: January 28, 2008.

        **IT IS SO ORDERED.**

                                                                 /s/ James E. Seibert
                                                            JAMES E. SEIBERT
                                                            UNITED STATES MAGISTRATE JUDGE